**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Lemelson Medical, Education & Research Foundation, L.P. | ) ) ) | |
| Plaintiff | ) ) | CV 00-663-PHX-HRH |
| vs. | ) ) ) | **JUDGMENT** |
| CompUsa, Inc., et al. | ) ) | |
| Defendants | ) ) ) ) ) | |

\_\_\_\_   **Jury Verdict.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.**    This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

   **IT IS ORDERED** that plaintiff's action is dismissed in its entirety with prejudice. The counterclaim of defendant Jo-Ann Stores, Inc., is dismissed without prejudice. **IT IS FURTHER ORDERED** dismissing this action in its entirety (all claims and counterclaims) as to all defendants.

February 6, 2006

RICHARD H. WEARE
Clerk/DCE

 S/ Tammy Johnson

(By) Deputy Clerk